Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MARK D. SCOTT

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| MARK D. SCOTT, | ) Case No.: |
| | ) |
| | ) **COMPLAINT AND DEMAND FOR** |
| Plaintiff, | ) **JURY TRIAL** |
| | ) |
| v. | ) **(Unlawful Debt Collection Practices)** |
| | ) |
| FICKA & ASSOCIATES, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT

MARK D. SCOTT (Plaintiff), through his attorneys, KROHN & MOSS, LTD., alleges the following against FICKA & ASSOCIATES (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

6. Plaintiff is a natural person residing in Phoenix, Maricopa County, Arizona.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency headquartered in Orlando, Orange County, Florida.

10. Defendant is a collection agency and conduct business in Arizona.

11. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

12. On June 20, 2009, Plaintiff sent letter to Defendant certified mail, disputing the debt.

13. On July 24, 2009, Plaintiff sent another letter to Defendant, certified mail, disputing the debt. ( See Exhibit A)

14. Defendant failed to cease collections of the debt, after Plaintiff sent letters by certified mail disputing this debt.

15. Defendant's representative, Jay Cohen, yelled at Plaintiff and told Plaintiff "you better retain a lawyer as well", since he will send Plaintiff's paperwork to an attorney.

16. Defendant threatened legal action against Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

17. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's dispute letters.

   b. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

   c. Defendant violated *§1692e* of the FDCPA by making false, deceptive, and misleading representations in connection with the debt collection.

   d. Defendant violated *§1692e(5)* of the FDCPA threatening to take legal action against Plaintiff even though Defendant did not intend to take such action.

   e. Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by threatening to file a lawsuit against Plaintiff when Defendant did not intend to do so.

WHEREFORE, Plaintiff, MARK D. SCOTT, respectfully requests judgment be entered against Defendant, FICKA & ASSOCIATES, for the following:

18. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Actual damages,

21. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

22. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiff, MARK D. SCOTT, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  January 14, 2010                    KROHN & MOSS, LTD.


By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, MARK D. SCOTT, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, MARK D. SCOTT, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 1/3/10                             _____
                                          MARK D. SCOTT

-5-

PLAINTIFF'S COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**<u>EXHIBIT A</u>**

JUNE 25th

To Ficka & Associates
11310 S Orange Blosson Trail #137
Orlando, FL 32837
Ph 407-648-6956
Fax 877-381-4642

RE: Bentley Auto claims vs. Mark Scott, File: 60437

Mark Scott
2404 W Roeser Rd
Phoenix, AZ 85041

My name is Mark Scott, I am disputing this so-called debt with and require a complete validation of all charges. I received the first letter on June 17tthe therefore by the FDCPA act you are are required To validate all charges

And if any part of the so-called charges are invalid you may be subject to a possible lawsuit, sanctions by state bar, FDCPA and FCRA agencies will be notified along with the Attorney General office and office of Consumer affairs, the Federal Trade Commission and the Postal Service.

I have mailed kits to all these agencies plus Hotwire.com and ACE/Thrift rent-a car, Geico insurance And Visa Enhancements services, the airports of Austin, TX. And the business bureau of Phoenix, Austin, Orlando, and San Antonio. I have sent a kit to the Attorney General and the state consumer protection agencies showing documents where your client has acted as an unlicensed collection agency and has Violated my federal and state rights.

Any updates to credit reporting agencies will be a violation of Federal law.

I am also filing disputes with the 3 major credit bureaus.

All documents from your company and the Bentley auto group will be sent to these agencies Since, your client work out of her home at Leblanc St in San Antonio, TX . We know where to serve Possible process papers.

It is also illegal to collect fraudulent charges. All future letters will be mailed and distributed to all agencies above, TV networks and news papers in Florida, Arizona, and Texas.

Sincerely,

Mark Scott

F (877) 381- 4642

Ficka and Assoc
11310 S Orange Blossom Trail # 137
Orlando, Fl 32837

RE: Bentley auto claims vs

Mark Scott

I am advising your company that I am disputing the debt for the fourth time. You are required by Federal law to send validation to Geico insurance company in writing at Geico Insurance PO Box 650253, Dallas TX 75265, claim number 028979440101042 their phone is 800-781-1870

Valid proof of diminished value and proof that car was garaged more than 13 days and what was the 150.00 for as this should have been paid by the rent a car company. Proof of diminished value was not sent to GEICO at all.

This debt has to validated to Geico or cannot legally take this to court.

Mark Scott
2404 W Roeser rd
Phoenix, AZ 85041

**COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FICKA And ASSOC
11310 S ORANGE Blossom
TRAIL #137
ORLANDO, FL
32837

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shirley Melendez ☐ Agent ☐ Addressee

B. Received by (Printed Name) Shirley Melendez
C. Date of Delivery 7-27-09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 1300 0001 2970 6369

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FICKA And ASSOCIATES
11310 S Orange Blossom
TRAIL
#137
Orlando, FL 32837

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name) SAM Nomplus
C. Date of Delivery 6/24/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 0500 0000 0632 8234

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**Certified Mail Receipt #1**
(Domestic Mail Only; No Insurance Coverage Provided)
ORLANDO FL 32837
- Postage: $0.44  0802
- Certified Fee: $2.80
- Return Receipt Fee (Endorsement Required): $2.30
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $5.54
- Postmark: TEMPE AZ SOUTH STA, 06/29/2009
- Sent To: Ficka & Associates
- Street, Apt. No. or PO Box No.: 11310 S Orange Blossom Trail #137
- City, State, ZIP+4: Orlando, FL 32837
- Article Number: 7008 0500 0000 0730 6234
- PS Form 3800, August 2006

**Certified Mail Receipt #2**
(Domestic Mail Only; No Insurance Coverage Provided)
DAVENPORT FL 33837
- Postage: $4.95
- Certified Fee: $2.80
- Return Receipt Fee (Endorsement Required): $2.30
- Restricted Delivery Fee (Endorsement Required): $0.00
- Total Postage & Fees: $10.05
- Postmark: 07/24/2009
- Sent To: Ficka and Assoc
- Street, Apt. No. or PO Box No.: 11310 S Orange Blossom Trail #137
- City, State, ZIP+4: Orlando, FL 32837
- Article Number: 7008 1300 0001 2970 6369
- PS Form 3800, August 2006

**Return Receipt #1 (PS Form 3811)**
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
   Ficka & Assoc
   11310 S Orange Blossom Trail
   #137
   Orlando, FL 32837

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Sam Nompegen
- C. Date of Delivery: 7/16/09
- D. Is delivery address different from item 1? ☐ Yes ☒ No
3. Service Type: ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
2. Article Number: 7008 0500 0001 0729 6920
PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

**Return Receipt #2 (PS Form 3811)**
SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.
1. Article Addressed to:
   Robert Bentley
   Ace Rent A Car
   Austin - Bergstrom
   2415 S Highway 71E
   Del Valle, TX 78617

COMPLETE THIS SECTION ON DELIVERY
- A. Signature: X [signature] ☐ Agent ☐ Addressee
- B. Received by (Printed Name): Brenda Bentley
- C. Date of Delivery: 7-23-09
- D. Is delivery address different from item 1? ☐ Yes ☐ No
  If YES, enter delivery address below:
  Ace Rent A Car
  PO Box 895
  Del Valle TX 78617
3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes
2. Article Number: 7008 1300 0001 2970 0190
PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540